No. 83–218. REED ET AL. v. ROSS. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1007.] Motion for appointment of counsel granted, and it is ordered that Barry Nakell, Esquire, of Boulder, Colo., be appointed to serve as counsel for respondent in this case.

No. 83–346. UNITED STATES v. YERMIAN. C. A. 9th Cir. [Certiorari granted, *ante*, p. 991.] Motion for appointment of counsel granted, and it is ordered that Stephen J. Hillman, Esquire, of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.

No. 83–595. SNOW ET AL. v. QUINAULT INDIAN NATION, AKA QUINAULT TRIBE, ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–630. BERNAL v. FAINTER, SECRETARY OF STATE OF TEXAS, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1007.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 83–778. WAMBHEIM ET AL. v. J. C. PENNEY CO., INC. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE BLACKMUN took no part in the consideration or decision of this order.